# UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

R. S., ET AL.,
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**EAST BRUNSWICK SCHOOL DISTRICT,**
*Defendant*

CASE NUMBER: **3:23–CV–21258–MAS–DEA**

TO: *(Name and address of Defendant):*

Dr. Victor Valeski, Superintendent of Schools
East Brunswick School District
760 Route 18
East Brunswick, NJ 08816

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Amelia Carolla, Esquire
Reisman Carolla Gran & Zuba LLP
19 Chestnut Street
Haddonfield, NJ 08033

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**



ISSUED ON 2023–10–19 10:25:29, Clerk
USDC NJD

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE   *October 23, 2023* |
| NAME OF SERVER *(PRINT)*   *Vincent Monacelli* | TITLE   *Process Server* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____ ; or

☐ Left the summons at the individual's residence or usual place of abode with (name): _____ a person of suitable age and discretion who resides there, on (date): _____ and mailed a copy to the individual's last known address; or

☑ Name of person with whom the summons and complaint were left: *KATHRYN MARCUS, EXECUTIVE SECRETARY TO DR. VICTOR VALESKI, SUPERINTENDENT OF SCHOOLS, EAST BRUNSWICK.*

☐ Returned unexecuted: _____ ; or

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   *11-23-23*
              Date

Signature of Server

*A-1 Courier Service of NJ, Inc.*
Address of Server
*1930 Marlton Pike East, Ste. M65*
*Cherry Hill, NJ 08003*