REISMAN CAROLLA GRAN & ZUBA LLP
Amelia Carolla, Esquire (I.D. #024651995)
19 Chestnut Street
Haddonfield, New Jersey 08033
856.354.0081
amy@rcglawoffices.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| R.S., by and through his parents, M.S. and N.S. and R.S., M.S. and N.S., in their own right,<br><br>Plaintiffs,<br><br>v.<br><br>EAST BRUNSWICK SCHOOL DISTRICT,<br><br>Defendant. | Civil Action No.: 3:23-cv-21258-MAS-DEA<br><br>**REQUEST FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT EAST BRUNSWICK SCHOOL DISTRICT** |

TO THE CLERK:

    Kindly enter a default judgment against East Brunswick School District based on the attached declaration of Amelia Carolla, Esquire.

Dated: November 15, 2023

                                                         /s/ Amelia Carolla
                                                         Amelia Carolla