REISMAN CAROLLA GRAN & ZUBA LLP
Amelia Carolla, Esquire (I.D. #024651995)
19 Chestnut Street
Haddonfield, NJ 08033
856.354.0081
amy@rcglawoffices.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| R.S., by and through his parents, M.S. and N.S., and R.S., M.S. and N.S., in their own right,<br><br>Plaintiffs,<br><br>v.<br><br>EAST BRUNSWICK SCHOOL DISTRICT,<br><br>Defendant. | Civil Action No.: 3:23-cv-21258-MAS-DEA<br><br><br><br><br>**DECLARATION OF AMELIA CAROLLA** |

Pursuant to 28 U.S.C. § 1746, Amelia Carolla, Esquire declares as follows:

1. I am an attorney at law in the State of New Jersey and a partner in the law firm of Reisman Carolla Gran & Zuba LLP, attorneys for plaintiffs R.S., by and through his parents, M.S. and N.S. and R.S., M.S. and N.S., in their own right, in the above-reference matter.

2. This Declaration is submitted in connection with plaintiffs' application for default judgment against East Brunswick School District ("District").

3. On October 18, 2023, plaintiffs commenced this action.

4. Plaintiffs effectuated service by process server on October 23, 2023.

5. Defendant East Brunswick School District's responsive pleading was due November 13, 2023.

6. Pursuant to Federal Rule of Civil Procedure 55(a), plaintiffs are entitled to a default judgment against defendant East Brunswick School District.

7. The District it a legal entity and is not a minor or incompetent person.

8. The District is a legal entity, not an individual person, and is not capable to service on active military duty. Therefore, the District is not on active military duty at this time.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 15, 2023.

*Amelia Carolla*
Amelia Carolla