REISMAN CAROLLA GRAN & ZUBA LLP
Amelia Carolla, Esquire (I.D. #024651995)
19 Chestnut Street
Haddonfield, NJ 08033
856.354.0081
amy@rcglawoffices.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| R.S., by and through his parents, M.S. and N.S., and R.S., M.S. and N.S., in their own right,<br><br>Plaintiffs,<br><br>v.<br><br>EAST BRUNSWICK SCHOOL DISTRICT,<br><br>Defendant. | **Civil Action No.: 3:23-cv-21258-MAS-DEA**<br><br>**ENTRY OF DEFAULT** |

Plaintiffs request that the clerk of court enter default against defendant East Brunswick School District pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant has failed to appear, plead or otherwise defend, the default of East Brunswick School District is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this _____ day of _____, 2023.

_____
MICHAEL A. SHIPP, U.S.D.J.