REISMAN CAROLLA GRAN & ZUBA LLP
Amelia Carolla, Esquire (I.D. #024651995)
19 Chestnut Street
Haddonfield, NJ 08033
856.354.0081
amy@rcglawoffices.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| R.S., by and through his parents, M.S. and N.S., and R.S., M.S. and N.S., in their own right,<br><br>Plaintiffs,<br><br>v.<br><br>EAST BRUNSWICK SCHOOL DISTRICT,<br>Defendant. | Civil Action No.: 3:23-cv-21258-MAS-DEA<br><br><br><br>CERTIFICATE OF SERVICE |

I hereby certify that on November 15, 2023, I electronically filed with the Court the following documents: **Request for Entry of Default Judgment Against Defendant East Brunswick School District, Declaration of Amelia Carolla,** and that I served by first-class mail and hand delivery the same day the foregoing documents upon Dr. Victor Valeski, Superintendent of Schools for East Brunswick School District:

> Dr. Victor Valeski, Superintendent of Schools
> East Brunswick School District
> 760 Route 18
> East Brunswick, NJ 08816
> vpvaleski@ebnet.org

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: November 15, 2023

*Amelia Carolla* (signature)
Amelia Carolla