REISMAN CAROLLA GRAN & ZUBA LLP
Amelia Carolla, Esquire (I.D. #024651995)
19 Chestnut Street
Haddonfield, NJ 08033
856.354.0081
amy@rcglawoffices.com
Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## TRENTON VICINAGE

| | |
|---|---|
| R.S., by and through his parents, M.S. and N.S., and R.S., M.S. and N.S., in their own right,<br><br>Plaintiffs,<br><br>v.<br><br>EAST BRUNSWICK SCHOOL DISTRICT,<br><br>Defendant. | Civil Action No.: 3:23-cv-21258-MAS-DEA<br><br>STIPULATION AND CONSENT ORDER EXTENDING TIME TO ANSWER COMPLAINT |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their undersigned attorneys, that the time for Defendant, East Brunswick School District to answer or otherwise plead to the Complaint shall be extended until December 8, 2023.

CLEARY GIACOBBE ALFIERI JACOBS LLC
Attorneys for Defendant

BY: _____
      Jodi S. Howlett

Date: December 6, 2023

REISMAN CAROLLA GRAN & ZUBA LLP
Attorneys for Plaintiffs

BY: _____
      Amelia Carolla

Date: December 4, 2023

So Ordered this 7th day of December 2023.

_____
**Honorable Michael A. Shipp, U.S.D.J.**