| | |
|---|---|
| R.S., | : |
|           **Plaintiff,** | : UNITED STATES DISTRICT COURT |
| | : DISTRICT OF NEW JERSEY |
| v. | : |
| | : Civil Action No. 23-21258 (MAS) |
| **EAST BRUNSWICK SCHOOL DISTRICT,** | : |
| | : **ORDER** |
|           **Defendants.** | : |

**THIS MATTER** having come before the Court for a telephone status conference on January 19, 2024; and the Court having conferred with counsel; and good cause appearing for the entry of this Order:

**IT IS on this   19th    day of January , 2024**

**ORDERED THAT:**

1. Counsel must promptly meet and confer in order to agree on the operative administrative record which shall be filed under seal as a joint exhibit to the parties' dispositive motions/cross motions.

2. Plaintiff's dispositive motion must be filed by March 1, 2024.

                                                                                      s/ Douglas E. Arpert  
                                                                      **DOUGLAS E. ARPERT**  
                                                                      **United States Magistrate Judge**