CLEARY GIACOBBE ALFIERI JACOBS, LLC
Mark A. Wenczel, Esq. (Attorney ID # 017841992)
169 Ramapo Valley Road, UL 105
Oakland, NJ 07436
Tel 973 845-6700
Fax 201 644-7601
mwenczel@cgajlaw.com
Attorneys for Defendant, East Brunswick Township Board of Education

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| R.S., by and through his parents, M.S. and N.S. and R.S., M.S. and N.S., in their own right,<br><br>                      Plaintiffs,<br><br>v.<br><br>EAST BRUNSWICK SCHOOL DISTRICT,<br><br>                  Defendant. | Civil Action<br><br>Docket No.: 3:23-CV-21258 -MAS-DEA<br><br>**STIPULATION AND CONSENT ORDER EXTENDING TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT** |

THIS MATTER having been opened to the court on a motion filed by Cleary, Giacobbe, Alfieri, Jacobs, LLC, Mark A. Wenczel, Esq. appearing, counsel for Defendant, East Brunswick Township Board of Education, and good cause having been shown;

IT IS on the _____ day of April 2024, ORDERED as follows:

Defendants' request for an extension of time in which to file a response to Plaintiffs' Motion for Summary Judgment is GRANTED; and,

It is FURTHER ORDERED that:

1.    Defendant's response to Plaintiffs' Motion for Summary Judgment is due on **June 3, 2024; and**

2.    Plaintiffs' Reply, if any, is due on **June 10, 2024**; and

3.    Plaintiffs' Motion for Summary Judgment is returnable on **June 17, 2024**.

It is FURTHER ORDERED that service of this Order shall be deemed effectuated upon all parties upon its upload to the Docket.

REISMAN CAROLLA GRAN & ZUBA LLP,    CLEARY GIACOBBE ALFIERI & JACOBS, LLC

Counsel for Plaintiffs,    Counsel for Defendant,

By: _____    By: _____
     Amelia Carolla, Esq.         Mark A. Wenczel, Esq.

By: _____
     THE HONORABLE MICHAEL A. SHIPP, U.S.D.J.

4889-8111-9159, v. 6

2